IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,  ) | No. CR14-01155-TUC-RCC(BGM) |
| Plaintiff,  ) | **ORDER** |
| vs.  ) | |
| Edward Aloysius Rzewnicki,  ) | |
| Defendant.  ) | |

The Court having made a de novo review of the Report and Recommendation filed by Magistrate Judge Macdonald (Doc. 36) and agrees that the document cited by the defendant did not give him an absolute discharge and restoration of his civil rights;

**IT IS ORDERED** the Court adopts the recommendations of the Magistrate Judge and the Motion to Dismissed Indictment With Prejudice (Doc. 24) is DENIED.

DATED this 1st day of June, 2015.

Raner C. Collins
Chief United States District Judge